

# Fourth Court of Appeals
## San Antonio, Texas

August 4, 2016

No. 04-16-00343-CV

**IN THE MATTER OF B.S.P.,**

From the 289th Judicial District Court, Bexar County, Texas
Trial Court No. CM2012JUV01933
Honorable Daphne Previti Austin, Judge Presiding

# O R D E R

Counsel for the juvenile appellant has filed a brief and motion to withdraw pursuant to Anders v. California, 386 U.S. 738 (1967), in which he asserts there is no meritorious issue to raise on appeal. See In re D.A.S., 973 S.W.2d 296, 297 (Tex. 1998) (holding Anders procedures apply to appeals from juvenile delinquency adjudications). Counsel states he has informed the juvenile and his guardian of his right to review the record and file a pro se brief. See In re A.L.H., 974 S.W.2d 359, 360-61 (Tex. App.—San Antonio 1998, no pet.); Nichols v. State, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio, July 23, 1997, no pet.).

If appellant desires to file a pro se brief, we order the brief due September 5, 2016. The State has filed a notice waiving its right to file a brief in this case unless appellant files a pro se brief. We further order the motion to withdraw filed by appellant's counsel is held in abeyance pending further order of the court. We further order the motion to withdraw filed by appellant's counsel held in abeyance pending further order of the court.

Appellant may obtain a copy of the appellate record from his appointed counsel or by filing a written request, not later than seven days after receiving this order, with the clerk of this court. We further order the clerk of this court to serve a copy of this order on appellant and all counsel.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of August, 2016.



Keith E. Hottle
Clerk of Court